DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUDE CHARLES,**
Appellant,

v.

**GREGORY TONY,** as Sheriff of Broward County, Florida,
Appellee.

No. 4D21-33

[December 16, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE 2019017156.

Eric Rudenberg of Rudenberg & Glasser, P.A., Fort Lauderdale, for appellant.

Kristin G. MacKenzie, Assistant General Counsel, Broward County Sheriff's Office, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***